FILED

2006 Jun-07  PM 04:48
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JOHN HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 04-RRA-2546-NE |
| | ) | |
| CHRISTOPHER BOYD, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 17, 2006, recommending that the plaintiff's motion for summary judgment be DENIED and that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).   No objections have been filed.  However, in response to the report and recommendation, the plaintiff filed a document titled "Matter of Law" which the court construes as a motion to dismiss without prejudice.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the plaintiff's motion for summary judgment is due to be denied, the plaintiff's motion for dismissal without prejudice is due to be denied, and the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

The Clerk is DIRECTED to serve a copy of this order upon the plaintiff.

**DONE**, this 7th day of June, 2006.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE